UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMAINE GAITOR <br>     Plaintiff <br> v. <br><br> CITY OF BOSTON – SOAR BOSTON, <br> LEEROY PEEPLES, <br> TALIA WRIGHT-RIVERA, and <br> WASCAR CASTILLO <br>     Defendants | CIVIL ACTION NO. 1:21-CV-12079-MLW |

**CONSOLIDATED WITH**

| | |
|---|---|
| SEAN D. PITTS, <br>     Plaintiff <br><br> v. <br><br> CITY OF BOSTON – SOAR BOSTON, <br> LEEROY PEEPLES, <br> TALIA WRIGHT-RIVERA, and <br> WASCAR CASTILLO <br>     Defendants | CIVIL ACTION NO. 1:21-CV-12091-MLW |

and

| | |
|---|---|
| STEPHEN D. POWELL <br>     Plaintiff <br> v. <br><br> CITY OF BOSTON – SOAR BOSTON, <br> LEEROY PEEPLES, <br> TALIA WRIGHT-RIVERA, and <br> WASCAR CASTILLO <br>     Defendants | CIVIL ACTION NO. 1:21-CV-12093-MLW |

|                                         |   |                                      |
|-----------------------------------------|---|--------------------------------------|
| and                                     |   |                                      |
| _____     | ) |                                      |
| UNDINI SANZ,                            | ) |                                      |
|     Plaintiff       | ) |                                      |
|                                         | ) |                                      |
| v.                                      | ) |                                      |
|                                         | ) |                                      |
| CITY OF BOSTON – SOAR BOSTON,           | ) | CIVIL ACTION NO. 1:22-CV-10042-MLW   |
| LEEROY PEEPLES,                         | ) |                                      |
| TALIA WRIGHT-RIVERA, and                | ) |                                      |
| WASCAR CASTILLO                         | ) |                                      |
|     Defendants      | ) |                                      |
| _____     | ) |                                      |
| and                                     |   |                                      |
| _____     |   |                                      |
|                                         | ) |                                      |
| TERECK JAMISON,                         | ) |                                      |
|     Plaintiff       | ) |                                      |
|                                         | ) |                                      |
| v.                                      | ) |                                      |
|                                         | ) |                                      |
| CITY OF BOSTON – SOAR BOSTON,           | ) | CIVIL ACTION NO. 1:22-CV-11055-MLW   |
| LEEROY PEEPLES,                         | ) |                                      |
| TALIA WRIGHT-RIVERA, and                | ) |                                      |
| WASCAR CASTILLO                         | ) |                                      |
|     Defendants      | ) |                                      |
| _____     | ) |                                      |

**JOINT NOTICE PURSUANT TO 6-29-23 ORDER [ECF 138]**

On June 28, 2023, this Court ordered as follows:

> 3. The parties shall, by July 11, 2023:
>
> Report whether they believe the court's disqualification is required pursuant to 28 U.S.C. §455(a) and/or (b) based on the matter discussed as the June 28, 2023 hearing, and, in any event, whether they wish to waive any §455(a) ground for disqualification pursuant to §455(e).

At this time, the Parties do not believe that recusal is required pursuant to 28 U.S.C. § 455(a) and/or (b), based on the matters discussed at the June 28, 2023 hearing. However, the Parties do not wish to waive any future rights pursuant to § 455(a) or (b) should other, relevant issues arise.

| | |
|---|---|
| Respectfully Submitted,<br>Plaintiffs, Jamaine Gaitor,<br>Stephen D. Powell, Undini Sanz<br>Sean Pitts, Tereck Jamison, | Respectfully submitted,<br>DEFENDANTS, CITY OF BOSTON,<br>TALIA WRIGHT RIVERA, WASCAR<br>CASTILLO & LEEROY PEEPLES |
| By their Attorney | By their attorneys:<br>Adam Cederbaum, Corporation Counsel |
| */s/ Janet R. Ruggieri/*<br>Janet R. Ruggieri BBO # 634431<br>446 Main Street, Ste 1503<br>Worcester MA 01608<br>T: 508 425 6330<br>E: ruggieri@murphyrudolf.com | */s/ Adam Johnson*<br>Adam Johnson, BBO#679142<br>Randall Maas, BBO#<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>City Hall, Room 615<br>Boston, MA 02201<br>(617) 635-4097<br>adam.johnson@boston.gov |

Dated: July 11, 2023

**CERTIFICATE OF SERVICE**

     I hereby certify that on Jul 11, 2023 this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                           */s/ Adam Johnson*
                                           Adam Johnson

                                           *s/ Janet R. Ruggieri/*
                                           Janet R. Ruggieri

Dated: July 11, 2023