UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSTON, ss

| | |
|---|---|
| JAMAINE GAITOR ) | |
|     Plaintiff ) | |
| v. ) | |
| ) | |
| CITY OF BOSTON – SOAR BOSTON ) | CIVIL ACTION NO. 1:21-CV-12079-MLW |
| LEEROY PEEPLES, ) | |
| TALIA WRIGHT-RIVERA, and ) | |
| WASCAR CASTILLO ) | |
|     Defendants ) | |

**CONSOLIDATED WITH**

| | |
|---|---|
| SEAN D. PITTS, ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF BOSTON – SOAR BOSTON ) | CIVIL ACTION NO. 1:21-CV-12091-MLW |
| LEEROY PEEPLES, ) | |
| TALIA WRIGHT-RIVERA, and ) | |
| WASCAR CASTILLO ) | |
|     Defendants ) | |

and

| | |
|---|---|
| STEPHEN D. POWELL ) | |
|     Plaintiff ) | |
| v. ) | |
| ) | |
| CITY OF BOSTON – SOAR BOSTON ) | CIVIL ACTION NO. 1:21-CV-12093-MLW |
| LEEROY PEEPLES, ) | |
| TALIA WRIGHT-RIVERA, and ) | |
| WASCAR CASTILLO ) | |
|     Defendants ) | |

and

| | | |
|---|---|---|
| UNDINI SANZ,<br><br>    Plaintiff<br><br>v.<br><br>CITY OF BOSTON – SOAR BOSTON<br>LEEROY PEEPLES,<br>TALIA WRIGHT-RIVERA, and<br>WASCAR CASTILLO<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 1:22-CV-10042-MLW |

and

| | | |
|---|---|---|
| TERECK JAMISON,<br>    Plaintiff<br><br>v.<br><br>CITY OF BOSTON – SOAR BOSTON<br>LEEROY PEEPLES,<br>TALIA WRIGHT-RIVERA, and<br>WASCAR CASTILLO<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 1:22-CV-11055-MLW |

## REPORT CONCERNING
## SETTLEMENT AND MEDIATION

On October 27, 2023 (ECF No. 178), this Court entered an Order regarding the Parties' Joint Statement of Counsel regarding Mediation and Settlement (ECF No. 177).  That Order read, in part, as follows:

> It is hereby ORDERED that the parties shall confer and, by March 29, 2024, report further concerning settlement and possible mediation.

<u>Possibility of Settlement</u>

The Parties have conferred regarding settlement. The Parties were unable to settle the case and are unable to state with certainty that these claims will settle. However, the Parties believe that settlement is possible once further discovery and depositions are completed, and agree to conduct good-faith settlement negotiations throughout the case.

<u>Mediation</u>

At this time, the Parties disagree about mediation; Plaintiffs believe that mediation would be productive at this time, while Defendants do not.  The Parties will continue to seek a settlement of the remaining claims.

| | |
|---|---|
| Respectfully Submitted,<br>Plaintiffs, Jamaine Gaitor,<br>Stephen D. Powell, Undini Sanz<br>Sean Pitts, Tereck Jamison,<br><br>By their Attorney<br><br>*/s/ Janet R. Ruggieri/*_____<br>Janet R. Ruggieri BBO # 634431<br>446 Main Street, Ste 1503<br>Worcester MA 01608<br>T: 508 425 6330<br>E: ruggieri@murphyrudolf.com | Respectfully submitted,<br>Defendants, City of Boston, Talia Wright<br>Rivera, Wascar Castillo & Leeroy Peeples,<br><br>By their attorneys:<br>Adam Cederbaum,<br>Corporation Counsel<br><br>*/s/ Randall F. Maas*_____<br>Adam D. Johnson, BBO#679142<br>Randall Maas, BBO#684832<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>City Hall, Room 615<br>Boston, MA 02201<br>(617) 635-4097 (ADJ)<br>(617) 635-4034 (RM)<br>adam.johnson@boston.gov<br>randall.maas@boston.gov |

Dated: April 4, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2024 this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Randall F. Maas*
Randall F. Maas

*s/ Janet R. Ruggieri/*
Janet R. Ruggieri

Dated: April 4, 2024