# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMAINE GAITOR, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 21-CV-12079-AK |
| CITY OF BOSTON, TALIA WRIGHT-RIVERA, and WASCAR CASTILLO, | ) |
| Defendants. | ) |

## **VERDICT SLIP**

## Disparate Impact Race Discrimination

1. Did the City of Boston maintain a COVID-19 policy that had a disproportionate, adverse effect on black employees, which was not necessary to achieve an important business goal?

   __JTG 9:01 pm 10/30__         _____
   YES                                                                  NO

   *Please proceed to Question 2.*

## Age Discrimination Based on Hostile Workplace

2. Was Jamaine Gaitor subjected to a hostile work environment based on age discrimination at the City of Boston's SOAR Program?

   _____         __JTG 2:10pm 10/27__
   YES                                                                  NO

   *Please proceed to Question 3.*

3. Has Jamaine Gaitor proven that the City of Boston willfully subjected him to a hostile work environment based on age discrimination at the SOAR Program?

   _____         __JTG 2:14pm 10/27__
   YES                                                                  NO

   *Please proceed to Question 4.*

## Whistleblower Retaliation

4. Did the City of Boston retaliate against Jamaine Gaitor for his having sent the October 2020 letter regarding COVID-19 protocols or for otherwise complaining of the lack of COVID-19 protocols in place at SOAR?

   __JTG 10/31 11:21 pm__         _____
   YES                                                                  NO

   *Please proceed to Question 5.*

### General Retaliation

5. Did the **City of Boston** retaliate against Jamaine Gaitor for complaining or objecting to the discriminatory treatment of older or disabled workers?

   _____    \_\_JFG 2:35pm 10/30\_\_
   YES                              NO

   *Please proceed to Question 6.*

6. Did **Talia Wright** retaliate against Jamaine Gaitor for complaining or objecting to the discriminatory treatment of older or disabled workers?

   _____    \_\_JFG 2:58pm 10/29\_\_
   YES                              NO

   *Please proceed to Question 7.*

7. Did **Wascar Castillo** retaliate against Jamaine Gaitor for complaining or objecting to the discriminatory treatment of older or disabled workers?

   _____    \_\_JFG 2:58pm 10/29\_\_
   YES                              NO

   *Please proceed to Question 8.*

### Aiding and Abetting

8. Did Wascar Castillo aid and abet the City of Boston and/or SOAR management in discriminating against Jamaine Gaitor?

   _____    \_\_JFG 2:43pm 10/30\_\_
   YES                              NO

   *Please proceed to Question 9.*

### Unlawful Interference

9. Did Wascar Castillo deliberately interfere with Jamaine Gaitor's right to be free from age discrimination and/or retaliation?

   _____    \_\_JFG 2:47pm 10/30\_\_
   YES                              NO

*If your answer was "yes" to any of Questions 1-9 above, please proceed to Question 10. If your answer was "no" to all of Questions 1-9 above, proceed to Certification on the last page.*

### Damages

10. Did Jamaine Gaitor suffer any damages as a result of the Defendants' actions for which you answered "yes" above?

    __JTG 10/30 3:58 pm__         _____
    YES                            NO

    *If your answer was "yes" to Question 10 above, please proceed to Question 11. If your answer was "no," please proceed to Certification.*

11. What amount—if any—will fully, fairly, and reasonably compensate Mr. Gaitor for the injuries found above?

    **Lost Wages**:

    $ __53,000__
    *(amount in figures)*

    __fifty three thousand__
    *(amount in words)*

    **Emotional Distress**:

    $ __70,000__
    *(amount in figures)*

    __Seventy thousand__
    *(amount in words)*

    **Punitive Damages** (excluding consideration of age discrimination and Whistleblower retaliation):

    $ __0__
    *(amount in figures)*

    __Zero__

4

*(amount in words)*

**Total Award:** (Add together all above amounts)

$ 123,000
*(amount in figures)*

One hundred twenty three thousand
*(amount in words)*

## Certification

I hereby certify this is unanimous verdict of the twelve jurors.

_____
Foreperson

Date: 10/31

Time: 11:30