UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

BOSTON, ss

| | |
|---|---|
| STEPHEN POWELL,<br>　　Plaintiff<br><br>v.<br><br>CITY OF BOSTON – SOAR BOSTON<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 1:21CV12093-AK |

**PLAINTIFF'S MOTION FOR SEPARATE AND FINAL JUDGMENT**

Now comes Plaintiff, Stephen Powell (Plaintiff) in this action, and pursuant to Federal Rule of Civil Procedure 54 (b), respectfully moves for separate and final judgment on all claims tried in this matter from October 14, 2025 to October 31, 2025. As grounds, a verdict entered in this matter on October 31, 2025[1], and Plaintiff seeks to enter final judgment on that verdict. Plaintiff seeks payment from Defendants on said verdict within 30 days of such order. Plaintiff is filing a separate motion for fees and costs, and for pre- and post-judgment interest on this award. While Defendants may object as a result of the severance of the claims against Peeples from the prior trial, parties can seek to stay the matter in the appellate court, if even needed, from this trial, to bring the appellate issues together for purposes of appeal at a later date. There is no just reason to delay the separate and final judgment in this matter, and Plaintiff respectfully seeks that said order enter with all due speed.

Wherefore, Plaintiff respectfully moves for separate and final judgment.

---

[1] The claims against Leroy Peeples were severed from this trial. That trial date has not yet been set.

Respectfully Submitted,
Plaintiff, Stephen Powell,
By his Attorneys,

/s/Janet R. Ruggieri/
Janet R. Ruggieri, BBO # 634431
Benjamin C. Rudolf, BBO # 667695
Rudolf, Smith, Griffis & Ruggieri LLP
446 Main Street, Ste 1503
Worcester MA 01608
T: 508 425 6330
E: ruggieri@rudolfsmith.com

Date: 1/14/25

**Certificate of Service and 7.1 Conference**

    I, Janet R. Ruggieri, certify that I have served the foregoing this day through the ECF court filing system upon all registered participants and via first class mail on all nonregistered participants by first class mail. Counsel and I conferred on this motion last week.

Date: 1/14/25